In the Matter of MICHAEL J. LEONARD, Appellant, against HARRY TAPPEN et al., as the Town Board of Town of Oyster Bay, et al., Respondents, Impleaded with Others.

(Argued November 18, 1935; decided December 3, 1935.)

568

*Frederick C. Dowd* for appellant.

*William J. Beglin* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.